UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOGAN NICANOR LEE,

               Plaintiff,

    -against-

COLUMBIA UNIVERSITY; SUSAN
FRIEDFEL,

               Defendants.

25cv8853 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 13, 2026, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    March 16, 2026
          New York, New York

                        /s/ Laura Taylor Swain
                         LAURA TAYLOR SWAIN
               Chief United States District Judge